

# NUMBER 13-12-00365-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**WILLIAMS FARMS PRODUCE SALES, INC.,**                    **Appellant,**

**v.**

**R & G PRODUCE COMPANY,**                                        **Appellee.**

## On Appeal from the County Court at Law No. 1
## of Cameron County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam**

On March 28, 2014, appellant, Williams Farms Produce Sales, Inc., filed a notice

of bankruptcy in this appeal.   According to the notice, appellant filed a bankruptcy petition

on March 7, 2014, in the United States Bankruptcy Court in the District of South Carolina.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which

prohibits the commencement or continuation of any judicial action or proceeding against

the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
2nd day of April, 2014.